**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SPRING PHARMACEUTICALS, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>RETROPHIN, INC.,<br>MARTIN SHKRELI,<br>MISSION PHARMACAL COMPANY, and<br>ALAMO PHARMA SERVICES, INC.,<br><br>　　　　　　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 2:18-cv-04553 (JCJ)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**MARTIN SHKRELI'S NOTICE OF JOINDER IN COMPANY DEFENDANTS'**
**MOTIONS TO DISMISS PLAINTIFF'S COMPLAINT**

　　Defendant Martin Shkreli ("Shkreli"), by and through his undersigned counsel, hereby joins in and incorporates in his motion to dismiss the arguments raised by defendants Retrophin, Inc., Mission Pharmacal Company, and Alamo Pharma Services, Inc. (collectively, the "Company Defendants") in their motions to dismiss (Dkt. 41, 42). For the reasons articulated by the Company Defendants in addition to the reasons articulated by Shkreli in his motion to dismiss, the Court should dismiss the Complaint.

Dated:  January 16, 2019　　　　　　　　/s/ *Peter C. Buckley*
　　　　　　　　　　　　　　　　　　　William H. Stassen (PA 78228)
　　　　　　　　　　　　　　　　　　　Peter C. Buckley (PA 93123)
　　　　　　　　　　　　　　　　　　　FOX ROTHSCHILD LLP
　　　　　　　　　　　　　　　　　　　2000 Market Street, 20th Floor
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19103
　　　　　　　　　　　　　　　　　　　Telephone:  215-299-2000
　　　　　　　　　　　　　　　　　　　Telecopier:  215-299-2150
　　　　　　　　　　　　　　　　　　　wstassen@foxrothschild.com
　　　　　　　　　　　　　　　　　　　pbuckley@foxrothschild.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SPRING PHARMACEUTICALS, LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 2:18-cv-04553 (JCJ) |
| RETROPHIN, INC., MARTIN SHKRELI, MISSION PHARMACAL COMPANY, and ALAMO PHARMA SERVICES, INC., | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Joinder in Company Defendants' Motions to Dismiss has been served via the Court's electronic filing system on all counsel of record.

/s/ Peter C. Buckley
Peter C. Buckley, Esquire

Dated: January 16, 2019