IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SPRING PHARMACEUTICALS, LLC, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 18-cv-04553 |
| | : | |
| RETROPHIN, INC., MARTIN SHKRELI, | : | |
| MISSION PHARMACAL COMPANY, and | : | |
| ALAMO PHARMA SERVICES, INC., | : | |
| | : | |
| Defendants. | : | |

**<u>ORDER</u>**

AND NOW, this 9th day of April, 2019 upon consideration of Defendants' Motions to Dismiss and Memorandums in Support thereof (Doc. Nos. 39, 40, 41, 42, and 43) and Plaintiff's Opposition thereto (Doc. No. 50), it is hereby ORDERED:

1. Defendants' Motions are STAYED for ninety days from the date of this order to allow for discovery limited to the jurisdictional issue raised on Defendants' Motions under Federal Rule of Civil Procedure 12(b)(1).

2. On conclusion of limited discovery, the Parties may submit supplemental briefing to bring this matter back before the Court.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,        J.