**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SPRING PHARMACEUTICALS, LLC, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| ) | Civil Action No. 2:18-cv-04553-JCJ |
| RETROPHIN, INC., MARTIN SHKRELI, ) | |
| MISSION PHARMACAL COMPANY, and ) | |
| ALAMO PHARMA SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

AND NOW, this ___ day of _____, 2019, upon consideration of the Motion of

Defendants to Seal Defendants' Brief in Support of Defendants' Motion to Compel the

Deposition of Ms. Flora Hua and a Privilege Log, as well as the Exhibits attached thereto as

Exhibits 1-16, it is hereby ORDERED that the Motion to Seal is GRANTED.  The Clerk is

hereby directed to remove Defendants' Brief in Support of Defendants' Motion to Compel the

Deposition of Ms. Flora Hua and a Privilege Log, as well as the Exhibits attached thereto as

Exhibits 1-16, from all files, paper and electronic, to which the public has access, and to file and

maintain under seal.

_____
The Honorable J. Curtis Joyner
United States District Judge

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SPRING PHARMACEUTICALS, LLC, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vi. ) | |
| ) | |
| ) | Civil Action No. 2:18-cv-04553-JCJ |
| RETROPHIN, INC., MARTIN SHKRELI, ) | |
| MISSION PHARMACAL COMPANY, and ) | |
| ALAMO PHARMA SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |

### MOTION OF DEFENDANTS TO SEAL
### DEFENDANTS' BRIEF IN SUPPORT OF ITS MOTION TO COMPEL
### THE DEPOSITION OF MS. FLORA HUA AND A PRIVILEGE LOG AND EXHIBITS

Defendants Retrophin, Inc., Martin Shkreli, Mission Pharmacal Company, and Alamo

Pharma Services, Inc. ("Defendants") hereby move for an order to seal Defendants' Motion to

Compel the Deposition of Ms. Flora Hua and a Privilege Log and Exhibits 1-16, pursuant to the

Protective Order agreed upon by the parties and entered in this case (Dkt. 55, "Order") and Local

Rule 5.1.5.

According to the Order in this case, documents marked "Confidential" or "Highly

Confidential – Attorneys' Eyes Only" "shall be filed under seal" when "used in connection with

any motion." (Dkt. 55 at ¶ 14.) Plaintiff Spring marked documents used as Exhibits 1- 4, 6- 10,

11, and 13-14 as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" and, therefore,

must be filed under seal. *Id.* The remaining exhibits, 5, 12, 15, and 16 reflect correspondence

between the parties attorneys that discuss topics related to these documents and should also be

placed under seal. Additionally, Defendants' Brief in Support of Defendants' Motion to Compel

cites to, quotes, and summarizes some of these documents and, therefore, should be filed under

seal, as well.[1]

Accordingly, the Court should grant Defendants' Motion to File to Seal.


Date:  June 6, 2019                                      */s/ Philip Bowman*_____

Philip Bowman (admitted *pro hac vice*)
Ian Shapiro (admitted *pro hac vice*)
Cooley LLP
1114 6th Avenue, #46
New York, NY 10036
Telephone: 212-479-6000
ishapiro@cooely.com
pbowman@cooley.com

Deepti Bansal (admitted *pro hac vice*)
Cooley LLP
1299 Pennsylvania Avenue, NW
Washington D.C. 20001
Telephone: 202-842-7800

Richard E. Coe (PA ID No. 94539)
DRINKER BIDDLE & REATH, LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
Tel: (215) 988-2700
Fax: (215) 988-2757
Richard.Coe@dbr.com

*Attorneys for Defendant Retrophin, Inc.*

William H. Stassen
Peter C. Buckley
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Telephone: (215) 299-2000

*Attorneys for Defendant Martin Shkreli*

---

[1]     Defendants do not waive any argument that Plaintiff has improperly designated Exhibits 1- 4, 6- 10, 11, and 13-14.

2

Andrea L. D'Ambra
Robin D. Adelstein
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 318-3000

Layne E. Kruse
Anne M. Rodgers
NORTON ROSE FULBRIGHT US LLP
1301 McKinney St. Suite 5100
Houston, TX 77010
Telephone: (713) 651-5151

*Attorneys for Defendants Mission
Pharmacal Company and Alamo Pharma
Services, Inc.*