# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLEY ZHU,<br><br>    Movant,<br><br>    v.<br><br>RETROPHIN, INC., et al.,<br><br>    Respondents. | Case No.: 2:19-mc-00137-JAK (AGR)<br><br>**ORDER RE STIPULATION OF PARTIES TO TRANSFER MOVANT'S MOTION TO QUASH THE SUBPOENA AND RESPONDENT'S CROSS-MOTION FOR AN ORDER TO SHOW CAUSE TO UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA JUDGE J. CURTIS JOYNER (DKT. 15)**<br><br>**JS-6: Transfer** |

The Stipulation of the Parties To Transfer Movant's Motion To Quash The Subpoena and Respondent's Cross-Motion For An Order To Show Cause To United States District Court for the Eastern District of Pennsylvania, and to District Judge J. Curtis Joyner, (Dkt. 15), is **APPROVED** for good cause shown. It is hereby Ordered that:

Movant Lesley Zhu ("Movant") and Respondent Retrophin, Inc. ("Respondent"), by and through their respective attorneys of record, hereby stipulate that (1) Movant's Motion to Quash the Subpoena *Ad Testificandum* and (2) Respondent's Cross-Motion for an Order to Show Cause Why Lesley Zhu Should

Not Be Held in Contempt, be transferred to Judge J. Curtis Joyner of the United States District Court for the Eastern District of Pennsylvania, Case No. 2:18-cv-04553 (the "Underlying Litigation").

1. On June 27, 2019, Movant filed a Motion to Quash the Subpoena *Ad Testificandum* and Motion to Transfer pursuant to Fed. R. Civ. P. 45(f) to transfer this motion to the United States District Court for the Eastern District of Pennsylvania where the Underlying Litigation was filed and is pending.

2. On July 2, 2019, Respondent Retrophin filed its Opposition to the Motion to Quash and filed a Cross-Motion for An Order to Show Cause Why Lesley Zhu Should Not Be Held in Contempt.

3. The Motion to Quash was given a hearing date of November 18, 2019. Retrophin's Cross Motion was given an earlier hearing date of August 5, 2019. This Court has referred both matters to Magistrate Judge Alicia G. Rosenberg for a report and recommendation.

4. The parties agree that the two motions are related and should be heard together, and both motions relate to the Underlying Litigation.

5. The Underlying Litigation was filed on October 23, 2018 in the United States District Court for the Eastern District of Pennsylvania and assigned to District Judge J. Curtis Joyner. In that litigation, which Plaintiff Spring Pharmaceuticals, LLC filed against Defendants Martin Shkreli, Retrophin, Inc., Mission Pharmacal Company, and Alamo Pharma Services, Inc., Plaintiff alleges, among other claims, that Defendants violated the Sherman Act, state antitrust laws, and unfair competition laws.

6. Judge Joyner has already issued orders in the Underlying Litigation related to the scope of discovery in that matter.

7. For efficiency, convenience, and consistency, the parties therefore stipulate that Lesley Zhu's Motion to Quash the Subpoena and Retrophin's Cross-

Motion for an Order to Show Cause be transferred to Judge Joyner in the Underlying Litigation Pursuant to Federal Rule of Civil Procedure 45(f).

8. The Parties also stipulate that this Court, the Central District of California, shall retain jurisdiction pursuant to Federal Rule of Civil Procedure 45(f)-(g) to address any enforcement issues that may subsequently arise from the two motions and these proceedings.

IT IS SO ORDERED.

Dated: July 12, 2019

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Alicia G. Rosenberg