Cyndie M. Chang (SBN 227542)
**DUANE MORRIS LLP**
865 South Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450
Telephone: +1 213 689 7400
Fax: +1 213 689 7401
E-mail: cmchang@duanemorris.com

Attorneys for Non-Party
LESLEY ZHU

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLEY ZHU,<br><br>        Movant,<br><br>v.<br><br>RETROPHIN, INC., et al.,<br><br>        Respondents. | Case No.: 2:19-mc-137<br><br>**NON-PARTY LESLEY ZHU'S NOTICE OF MOTION AND MOTION TO TO QUASH THE SUBPOENA AD TESTIFICANDUM AND TO TRANSFER THE MOTION TO QUASH PURSUANT TO FED. R. CIV. P. 45(F)**<br><br>Date:<br>Time:<br>Dept:<br><br>Judge:<br>Filed: |

Non-party Lesley Zhu, by and through her undersigned counsel, hereby moves the Court pursuant to Fed. R. Civ. P. 26 and 45 to quash the Subpoena *Ad Testificandum* served on June 17, 2019 (the "Subpoena") by Defendant-Respondent Retrophin, Inc. ("Retrophin"), and requests an Order requiring Retrophin to pay the reasonable attorneys' fees in preparing and filing this motion. Ms. Zhu further moves the Court, pursuant to Fed. R. Civ. P. 45(f), to transfer this motion to the United States District Court for the Eastern District of Pennsylvania where the underlying litigation

was filed and is pending. The basis for Ms. Zhu's motion relates to two orders issued by District Judge J. Curtis Joyner in the underlying action dated April 9, 2019 and June 24, 2019, respectively, limiting permissible discovery at this early stage of the litigation to certain issues, none of which relate to Ms. Zhu's requested testimony. The underlying action is captioned *Spring Pharmaceuticals, LLC v. Retrophin, Inc., et al.*, 2:18-cv-04553-JCJ (E.D. Pa.).

Filed contemporaneously with this Motion is a Memorandum of Law in Support of this Motion, containing non-party Lesley Zhu's arguments to quash the Subpoena and for her reasonable attorneys' fees, as well as the Declaration of Lesley Zhu with accompanying exhibits.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which first took place on June 19, 2019.

Dated: June 27, 2019          **DUANE MORRIS LLP**

By: *s/Cyndie M. Chang*
Cyndie M. Chang
Attorneys for Non-Party Lesley Zhu