# Exhibit I

This Exhibit has been redacted *in its entirety.*

In the interest of expediency, this Exhibit has been redacted due to its designation of "Highly Confidential" by the parties in this case where there is a Protective Order issued by Judge Joyner, E.D. PA. In anticipation of a possible transfer to that Judge, Non-Party Zhu can provide this Exhibit in accordance with that Court's procedure for sealing of documents or supplement this filing at this Court's discretion.