# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SPRING PHARMACEUTICALS, LLC, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 18-cv-04553 |
| | : | No. 19-mc-137 |
| | : | |
| RETROPHIN, INC., MARTIN SHKRELI, | : | |
| MISSION PHARMACAL COMPANY, and | : | |
| ALAMO PHARMA SERVICES, INC., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 7th day of August 2019, upon consideration of non-party Movant Lesley Zhu's Motion to Quash the Subpoena Ad Testificandum (Doc. No. 73), Defendant Retrophin, Inc.'s ("Retrophin") Cross-Motion for an Order to Show Cause Why Zhu Should Not Be Held in Contempt (Doc. No. 74), Movant's Opposition thereto (Doc. No. 72), and Defendant's Response in Support thereof (Doc. No. 76), it is hereby ORDERED that Movant's Motion to Quash is GRANTED; Defendant's Cross-Motion is DENIED; and Defendant Retrophin shall, within thirty (30) days of this Order, pay to non-party Lesley Zhu reasonable attorney's fees and costs in preparing and filing her Motion.

BY THE COURT:

s/ J. Curtis Joyner
_____
J. CURTIS JOYNER, J.