### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SPRING PHARMACEUTICALS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:18-cv-04553 |
| | ) | |
| RETROPHIN, INC., MARTIN SHKRELI, | ) | |
| MISSION PHARMACAL COMPANY, | ) | |
| and ALAMO PHARMA SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**SPRING PHARMACEUTICALS' SUPPLEMENTAL BRIEF
ESTABLISHING ARTICLE III STANDING AND IN
OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

Pursuant to Local Rule 5.1.5 and paragraph 14 of the Protective Order and Confidentiality Agreement entered by the Court on May 1, 2019 (ECF No. 55, the "Protective Order"), Plaintiff Spring Pharmaceuticals, LLC is filing its Supplemental Brief Establishing Article III Standing and in Opposition to Defendants' Motions to Dismiss ("Plaintiffs' Supplemental Brief") and its attached exhibits under seal. Plaintiffs' Supplemental Brief and its attached exhibits contain documents and information designated "Confidential" and "Highly Confidential – Outside Counsel Eyes Only" under the terms of the protective order, and therefore must be filed under seal. (Protective Order ¶ 14.)

Respectfully submitted,

**SPRING PHARMACEUTICALS, LLC**

Dated: August 21, 2019

By:  _____*/s/ Kurt A. Mathas*_____

Dan K. Webb
David E. Dahlquist
Kurt A. Mathas

1

**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600

Jeffrey J. Amato
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6700

Joseph E. Wolfson
**STEVENS & LEE**
1818 Market Street, 29th Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 751-1249

*Attorneys for Plaintiff*
*Spring Pharmaceuticals, LLC*

## CERTIFICATE OF SERVICE

The undersigned attorney, upon oath, hereby certifies that a copy of the foregoing was served via ECF upon the parties listed below on August 21, 2019:

Philip Bowman
**COOLEY LLP**
55 Hudson Yards
New York, New York 10001
Telephone: (212) 479-6000

Richard E. Coe
**DRINKER BIDDLE & REATH, LLP**
One Logan Square, Suite 2000
Philadelphia, Pennsylvania 19103
Telephone: (215) 988-2700

Deepti Bansal
**COOLEY LLP**
1299 Pennsylvania Avenue NW
Washington, D.C. 20001
Telephone: (202) 842-7800

*Attorneys for Defendant Retrophin, Inc.*

William H. Stassen
Peter C. Buckley
**FOX ROTHSCHILD LLP**
2000 Market Street, 20th Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 299-2000

*Attorneys for Defendant Martin Shkreli*

Andrea L. D'Ambra
Robin D. Adelstein
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 318-3000

Layne E. Kruse
Anne M. Rodgers
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney St. Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151

*Attorneys for Defendants Mission Pharmacal Company and Alamo Pharma Services, Inc.*

By: _____*/s/ Kurt A. Mathas*_____

1