IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SPRING PHARMACEUTICALS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 2:18-cv-04553-JCJ |
| ) | |
| RETROPHIN, INC., MARTIN SHKRELI, ) | |
| MISSION PHARMACAL COMPANY and ) | |
| ALAMO PHARMA SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION REGARDING NON-PARTY LESLEY ZHU'S PETITION FOR REASONABLE ATTORNEYS' FEES AND COSTS

Non-Party Lesley Zhu ("Zhu") and Defendant Retrophin, Inc. ("Retrophin"), by and through their respective attorneys of record, hereby stipulate that:

1. The parties have amicably resolved and settled non-party Zhu's request for reasonable attorneys' fees and costs in preparing and filing her Motion to Quash Retrophin's subpoena *ad testificandum* and in responding to Retrophin's cross-motion, as invited by the Court's August 7, 2019 Order (Dkt. Nos. 77 and 78); and

2. Accordingly, Zhu's Petition for Reasonable Attorneys' Fees and Costs (Dkt. No. 82) may be discontinued.

Respectfully submitted,

Dated: September 16, 2019    DUANE MORRIS LLP

By: /s/ *Alan Klein*
Alan Klein
Attorneys for Non-Party Lesley Zhu

Dated: September 16, 2019          COOLEY LLP

By:    /s/ *Philip Bowman*
        Phillip Bowman
        Attorneys for Retrophin, Inc.

APPROVED:

_____
Hon. J. Curtis Joyner, District Court Judge

Dated: September 19, 2019

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2019, I served the foregoing Stipulation Regarding Non-Party Lesley Zhu's Petition for Reasonable Attorneys' Fees and Costs by ECF on all counsel of record in this matter.

*/s/ Alan Klein*