IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SPRING PHARMACEUTICALS, LLC,<br>            Plaintiff,<br><br>      v.<br><br>RETROPHIN, INC., MARTIN SHKRELI, MISSION PHARMACAL COMPANY, and ALAMO PHARMA SERVICES, INC.,<br>            Defendants. | CIVIL ACTION<br><br><br><br><br>NO.  18-4553 |

**ORDER**

AND NOW, this    11th    day of December, 2019, upon consideration of Defendants' Motions to Dismiss (Doc. Nos. 39, 40, 42, 43) and the Responses and Replies thereto, it is hereby ORDERED that:

1. The Motions to Dismiss of Defendants Retrophin, Mission, and Alamo (Doc. Nos. 40, 42) are DENIED in part and GRANTED in part with leave to amend.

2. Defendant Shkreli's Motion to Dismiss (Doc. Nos. 39, 43) is STAYED for ninety days from the date of this Order to allow for discovery limited to the jurisdictional issue raised on Defendant Shkreli's Motion under Federal Rule of Civil Procedure 12(b)(2).

3. On conclusion of limited discovery, Plaintiff Spring and Defendant Shkreli may submit supplemental briefing to bring this matter back before the Court.

BY THE COURT:

s/ J. Curtis Joyner
_____
J. CURTIS JOYNER, J.