UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SPRING PHARMACEUTICALS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>RETROPHIN, INC., MARTIN SHKRELI, MISSION PHARMACAL COMPANY, ALAMO PHARMA SERVICES, INC., and EVERSANA LIFE SCIENCES SERVICES, LLC,<br><br>Defendants. | Case No.: 2:18-cv-04553<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S NOTICE OF FILING UNDER SEAL**

Plaintiff, by and through their undersigned counsel, hereby serve notice of filing under seal Plaintiff's, Spring Pharmaceuticals', Amended Complaint. Copies of the foregoing were provided to the Defendants on February 10, 2020 and a copy is being filed with the Court and Clerk of Court under seal today.

Dated: February 10, 2020

Respectfully Submitted,

**SPRING PHARMACEUTICALS, LLC**

*/s/ Joseph E. Wolfson*

Joseph E. Wolfson
**Stevens & Lee**
Lawyers & Consultants
1818 Market Street, 29th Floor
Philadelphia, PA  19103
Tel: (215) 496-3839
Fax: (610) 371-7977

SL1 1627425v1 112760.00001

Dan K. Webb
David E. Dahlquist
Kurt A. Mathis
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 6061
Telephone: (312) 558-5600

Jeffery Amato
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6700

*Attorneys for Plaintiff*
*Spring Pharmaceuticals, LLC*