UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SPRING PHARMACEUTICALS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 2:18-cv-04553 |
| RETROPHIN, INC.; MARTIN SHKRELI; MISSION PHARMACAL COMPANY; ALAMO PHARMA SERVICES, INC.; and EVERSANA LIFE SCIENCE SERVICES, LLC, | ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) | |

**PLAINTIFF'S MOTION TO FOR LEAVE
TO DEPOSE DEFENDANT MARTIN SHKRELI**

Plaintiff Spring Pharmaceuticals, LLC ("Spring" or "Plaintiff"), respectfully moves this Court for order authorizing the deposition of Defendant Martin Shkreli ("Shkreli") for the limited purpose of determining whether this Court has specific jurisdiction over Shkreli. In support of its motion, Plaintiff states as follows:

1. In response to Spring's Complaint in this action, Shkreli asserted that this Court lacks personal jurisdiction over him. (See Doc. 39). This Court stayed Shkreli's motion for a period of 90 days "to allow for discovery limited to the jurisdictional issue" that the motion raised. (Doc. 97).

2. Fed. R. Civ. P. 30 (a)(2)(B) requires leave of Court to take the deposition of an individual confined in prison. According to the Federal Bureau of Prisons website, Shkreli is currently inmate 87850-053 at FCI Allenwood Low, Allenwood, Pennsylvania. Although this

Court's December 11, 2019 Order broadly authorizes jurisdictional discovery, to avoid any confusion with the authorities at FCI Allenwood Low, Plaintiff respectfully request an Order expressly authorizing Shkreli's deposition on jurisdictional issues.

Respectfully submitted,

Dated: February 19, 2020

 */s/ Richard A. Ripley*
Robert F. Ruyak (Pa. Bar No. 20665)
Richard A. Ripley (Pa. Bar No. 47460)
Martin Cunniff (*pro hac vice* pending)
Rebecca A. Anzidei (*pro hac vice* pending)
**RUYAKCHERIAN, LLP**
1700 K Street, NW, Suite 810
Washington, DC 20006
Telephone:     (202) 838-1560
Facsimile: (202) 478-1715


 */s/ Joseph E. Wolfson*
Joseph E. Wolfson
**STEVENS & LEE**
1818 Market Street, 29th Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 751-1249
Facsimile: (610) 988-0808

*Attorneys for Plaintiff*
SPRING PHARMACEUTICALS, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SPRING PHARMACEUTICALS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:18-cv-04553 |
| RETROPHIN, INC.; MARTIN SHKRELI; MISSION PHARMACAL COMPANY; ALAMO PHARMA SERVICES, INC.; and EVERSANA LIFE SCIENCE SERVICES, LLC, | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

AND NOW, this ___ day of _____, 2020, upon consideration of the Motion of Plaintiff for leave to depose Defendant Martin Shkreli regarding the jurisdictional issues raised on Defendant Shkreli's Motion, it is hereby ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that:

1. Plaintiff is authorized under Federal Rule of Civil Procedure 30(a)(2)(B) to depose Martin Shkreli, Reg. No. 87850-053, FCI Allenwood Low. The deposition will be limited to the jurisdictional issues raised on Defendant Shkreli's Motion in this action.

2. The deposition will occur at a date convenient to FCI Allenwood Low, but no later than March 13, 2020. The deposition will commence at 10 a.m. and last no longer than 5 hours. Plaintiff's examination shall not exceed 3 hours.

3. The deposition shall be transcribed before a licensed court reporter and videographer.

4. FCI Allenwood Low shall ensure that Martin Shkreli is available and appears for the deposition at the date and time scheduled.

5. FCI Allenwood shall provide adequate space (including sufficient electrical power) separate from the prison population where the deposition will occur.

6. Attendance at the deposition shall be limited to:

    a. Martin Shkreli and one lawyer from his legal team;

    b. One lawyer representing Plaintiff;

    c. One lawyer representing Defendant Retrophin, Inc.;

    d. One lawyer representing Defendant Mission Pharmacal Company;

    e. One lawyer representing Defendant Alamo Pharma Services. Inc.;

    f. One lawyer representing Defendant Eversana Life Sciences Services, LLC;

    g. One court reporter;

    h. One videographer; and

    i. At the discretion of FCI Allenwood Low, the necessary number of correctional officers/security personnel.

7. All individuals attending the deposition from outside FCI Allenwood Low must comply with the facility's policies with respect to electronic equipment; PROVIDED, the identified court reporter and videographer will be permitted to bring into FCI Allenwood Low those electronic devices and accessories necessary to transcribe the examination by stenographic and video means.

_____
The Honorable J. Curtis Joyner
United States District Judge

## **CERTIFICATE OF SERVICE**

I certify that on February 19, 2020, I filed the foregoing document with the Clerk of the Court for the United States District Court, Eastern District of Pennsylvania, by using the Court's CM/ECF system, and also served counsel of record via this Court's CM/ECF system.

**RUYAKCHERIAN LLP**

By: */s/ Richard A. Ripley*
      Richard A. Ripley

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SPRING PHARMACEUTICALS, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>RETROPHIN, INC.; MARTIN SHKRELI; MISSION PHARMACAL COMPANY; ALAMO PHARMA SERVICES, INC.; and EVERSANA LIFE SCIENCE SERVICES, LLC, 190 North Milwaukee Street, Milwaukee, WI 53202.<br><br>   Defendants. | Case No. 2:18-cv-04553<br><br>JURY TRIAL DEMANDED |

**ORDER**

AND NOW, this ___ day of _____, 2020, upon consideration of the Motion of Plaintiff to Seal its Amended Complaint and Exhibits A through L thereto. it is hereby ORDERED that the Motion to Seal is GRANTED. The Clerk is hereby directed to remove Plaintiff's Amended Complaint, as well as the Exhibits attached thereto as Exhibits A-L, from all files, paper and electronic, to which the public has access, and to file and maintain under seal.

IT IS FURTHER ORDER that with 10 DAYS of this Order, Plaintiff shall file a public version of the Amended Complaint with all Confidential and Highly Confidential information redacted.

                                _____
                                The Honorable J. Curtis Joyner
                                United States District Judge