IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SPRING PHARMACEUTICALS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2:18-cv-04553-JCJ |
| RETROPHIN, INC.; MARTIN SHKRELI; MISSION PHARMACAL COMPANY; ALAMO PHARMA SERVICES, INC.; and EVERSANA LIFE SCIENCES, LLC | ) |
| Defendants. | ) |

FILED
FEB 20 2020
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

And now, this 20th day of February 2020, the Court having received and reviewed the Joint Stipulation and Proposed Order of Plaintiff Spring Pharmaceutical, LLC and Defendants Retrophin, Inc., Martin Shkreli, Mission Pharmacal Company, and Alamo Pharma Services, Inc., IT IS SO ORDERED. Defendants Retrophin, Inc., Martin Shkreli, Mission Pharmacal Company, and Alamo Pharma Services, Inc. shall answer, move, or otherwise respond to Plaintiff's Amended Complaint on or before March 27, 2020 and Plaintiff shall respond to any Defendants' motion to dismiss the Amended Complaint on or before April 27, 2020.

Dated:_____

BY THE COURT;

_____
J. Curtis Joyner, J.