IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SPRING PHARMACEUTICALS, LLC, | : CIVIL ACTION No. 18-4553 |
| Plaintiff, | : |
| v. | : |
| RETROPHIN, INC., MARTIN SHKRELI, MISSION PHARMACAL COMPANY, ALAMO PHARMA SERVICES, INC., and EVERSANA LIFE SCIENCE SERVICES, LLC | : |
| Defendants. | : |

**AFFIDAVIT OF RETURN OF SERVICE**

Joseph Wolfson, Esquire, being duly sworn according to law, deposes and says as follows:

1.   I am a member of the law firm of Stevens & Lee. My principal office is located at 1818 Market Street, 29th Floor, Philadelphia, PA 19103.

2.   I am one of the attorneys representing plaintiff Spring Pharmaceuticals, LLC, in the above captioned action and submit this affidavit of return of service pursuant to Rule 4(l) of the Federal Rules of Civil Procedure.

3.   On February 21, 2020 true and correct copies of the Amended Complaint, Summons and Notice of Procedure to Consent to Reference of Civil Action or Proceeding to Magistrate Judge were personally served on defendant, Eversana Life Sciences Services, LLC by serving its registered agent.

4.   A true and correct copy of the executed Proof of Service is attached hereto as Exhibit A.

Dated: February 26, 2020

STEVENS & LEE

By: _____
Joseph L. Wolfson, Esquire
Attorney ID No. 44431
1818 Market Street
29th Floor
Philadelphia, PA   19103
Bus:    (215) 751-1249
Fax:    (610) 989-0686
Email:  jwo@stevenslee.com
*Attorney for Plaintiff Spring Pharmaceuticals, LLC*

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Dawn M. Bice, Notary Public
Media Boro, Delaware County
My Commission Expires June 23, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

Sworn to and subscribed before me this 26 day of February 2020

_____
Notary Public

## CERTIFICATE OF SERVICE

I, JOSEPH WOLFSON, ESQUIRE, certify that on this date, a true and correct copy of the foregoing Affidavit of Return of Service has been electronically filed, and is available for viewing and downloading from the ECF System, and has been served via the Court's electronic filing service on all counsel of record.

Date:  February 26, 2020

_____
Joseph E. Wolfson

# EXHIBIT A

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Spring Pharmaceuticals, LLC

                          Plaintiff

                                vs.          Civil Action No.: 18-cv-4553

Retrophin, Inc., et al.

                          Defendant(s)

## AFFIDAVIT OF SERVICE

I, Chad Tetting, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Notice of Procedure to Consent to Reference of Civil Action or Proceeding to Magistrate Judge, and Amended Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 02/21/2020 at 11:29 AM, I served Eversana Life Science Services c/o Corporation Service Company, Registered Agent at 8040 Excelsior Drive, Suite 400, Madison, Wisconsin 53717-2915 with the Summons, Notice of Procedure to Consent to Reference of Civil Action or Proceeding to Magistrate Judge, and Amended Complaint by serving John Long, Customer Service Representative, authorized to accept service.

John Long is described herein as:

Gender: Male   Race/Skin: White   Age: 45   Weight: 225   Height: 5'9"   Hair: Brown   Glasses: Yes

I declare under penalty of perjury that this information is true and correct.

02/24/2020
Executed On

Chad Tetting

Client Ref Number: N/A
Job #: 1575017

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050