IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SPRING PHARMACEUTICALS, LLC,<br>         Plaintiff,<br><br>     v.<br><br>RETROPHIN, INC., MARTIN SHKRELI, MISSION PHARMACAL COMPANY, and ALAMO PHARMA SERVICES, INC.,<br>         Defendants. | CIVIL ACTION<br><br><br><br><br>NO.  18-4553 |

**O R D E R**

AND NOW, this   16th   day of  March, 2020, upon consideration of the Motion of Michael A. Finio, Esquire for the Admission *Pro Hac Vice* of Erin E. Westbrook, Esquire (Doc. No. 113), and it appearing to the Court that the said attorney is a member in good standing of the Bar of the State of Minnesota, it is hereby ORDERED that the Motion is GRANTED and Erin E. Westbrook, Esquire is admitted to practice *Pro Hac Vice* before this Court as co-counsel with Michael A. Finio, Esquire on behalf of Eversana Life Science Services, LLC for purposes of this action only in accordance with Local Rule of Civil Procedure 83.5.2.

BY THE COURT:

s/ J. Curtis Joyner

_____
J. CURTIS JOYNER, J.