# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SPRING PHARMACEUTICALS, LLC, )<br>)<br>   Plaintiff, )<br>)<br>)<br>v. )<br>)<br>RETROPHIN, INC.; MARTIN SHKRELI; )<br>MISSION PHARMACAL COMPANY; )<br>ALAMO PHARMA SERVICES, INC.; and )<br>EVERSANA LIFE SCIENCE SERVICES, LLC )<br>)<br>   Defendants. ) | Civil Action No. 2:18-cv-04553-JCJ |

## NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(A)

Pursuant to F.R.C.P. 41(a)(1)(A)(i), plaintiff Spring Pharmaceuticals, LLC hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against the defendants Retrophin, Inc.; Martin Shkreli; Mission Pharmacal Company; Alamo Pharma Services, Inc.; and Eversana Life Science Services, LLC, none of which has filed an answer or a motion for summary judgment.

Dated: April 22, 2020

Respectfully submitted,

*/s/ Robert F. Ruyak*
Robert F. Ruyak (Pa. Bar No. 20665)
**RUYAKCHERIAN, LLP**
1901 L Street, NW, Suite 700
Washington, DC 20036
Telephone: (202) 838-1560

*/s/ Joseph E. Wolfson*
Joseph E. Wolfson
**STEVENS & LEE**
1818 Market Street, 29th Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 751-1249

Attorneys for Plaintiff
SPRING PHARMACEUTICALS, LLC